**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**SENGMANY SAVATXATH,**

    **Plaintiff,**

  **v.**           **3:12-CV-1492
                 (NAM/DEP)**

**CITY OF BINGHAMTON, et al.,**

    **Defendants.**
_____

**APPEARANCES:**        **OF COUNSEL:**

SENGMANY SAVATXATH
c/o 105 North Roosevelt Ave.
Endicott, NY 12821
Plaintiff, *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 24th day of January 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

  ORDERED that:

  1. The Report-Recommendation is hereby adopted in its entirety.

  2. The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: February 15, 2013
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge